[58 NE3d 1111, 37 NYS3d 474]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLIFFTON FLETCHER, Appellant.

Decided August 25, 2016

### APPEARANCES OF COUNSEL

*Lynn W.L. Fahey, Appellate Advocates*, New York City (*Dina Zloczower* of counsel), for appellant.

*Kenneth P. Thompson, District Attorney*, Brooklyn (*Howard B. Goodman* of counsel), for respondent.

1178

MEMORANDUM.

The order of the Appellate Division should be affirmed. Whether the circumstances of this particular case gave rise to reasonable suspicion presents a mixed question of law and fact that is beyond our review if there is support in the record for the determination (*see People v William*, 19 NY3d 891, 893 [2012]; *People v Pines*, 99 NY2d 525, 527 [2002]). Here, such record support exists. Defendant's remaining argument has been considered and found to be lacking in merit.

Chief Judge DiFiore and Judges Pigott, Rivera, Abdus-Salaam, Stein, Fahey and Garcia concur.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, in a memorandum.